# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

United States of America,

v.

Nnamdi Marcellus Mgbodile,

Defendant.

_____/

Case No. 1:19-cr-00439

Michael L. Brown
United States District Judge

## ORDER

Defendant Nnamdi Marcellus Mgbodile appeals the Magistrate Judge's Order of Detention and requests to be released on bond. (Dkt. 41.) The Court **ORDERS** the government to respond to the appeal no later than August 28, 2020. Defendant may reply within fourteen (14) days after the response is filed. The Court **DIRECTS** the Clerk to submit this matter after the reply is filed or the time for doing so has expired.

**SO ORDERED** this 14th day of August, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE