# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00439-MLB-JKL
## USA v. Mgbodile
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 05/04/2021.

TIME COURT COMMENCED: 8:45 A.M.
TIME COURT CONCLUDED: 5:00 P.M.          COURT REPORTER: Jana B. Colter
TIME IN COURT: 6:30                       DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Nnamdi Marcellus Mgbodile Present at proceedings |
| ATTORNEY(S) PRESENT: | Kimberly Sharkey representing Nnamdi Marcellus Mgbodile<br>Alex Sistla representing USA |
| PROCEEDING CATEGORY: | Jury Trial Began; |
| JURY INFORMATION: | Jury was Sworn. The Rule of Sequestration was not invoked. |
| MINUTE TEXT: | Jury trial - day one. Before empanelment of the jury, discussion had regarding Defendant's [111] Motion in Limine. Voir dire conducted. The Court empaneled a fourteen-person jury. Each party gave their opening statements. The government will begin its case-in-chief tomorrow. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 5/5/2021 at 9:00 a.m. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Jury Selection Only, continued |