# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00439-MLB-JKL
## USA v. Mgbodile
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 05/10/2021.

TIME COURT COMMENCED: 8:50 A.M.
TIME COURT CONCLUDED: 4:45 P.M.           COURT REPORTER: Jana B. Colter
TIME IN COURT: 6:30                        DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Nnamdi Marcellus Mgbodile Present at proceedings |
| ATTORNEY(S) PRESENT: | Kimberly Sharkey representing Nnamdi Marcellus Mgbodile<br>Alex Sistla representing USA |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Jury trial - day five. Outside the presence of the jury, discussion had regarding the jury charges. The government continued its case-in-chief. Witness Lachance Brown Day's testimony continued from the previous day and concluded. One juror excused for the reasons stated in the record. The government called the following additional witness: Sheila Boyer. Ms. Boyer's testimony will continue the next day of trial. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 5/11/2021 at 8:30 a.m. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, Continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |