FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 13 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NNAMDI MGBODILE | Criminal Action No.<br><br>1:19-CR-439-MLB-JKL |

## VERDICT FORM

As to Count One of the Indictment, **Bank Fraud**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

     ✓
   Guilty                          Not Guilty

As to Count Two of the Indictment, **Bank Fraud**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

     ✓
   Guilty                          Not Guilty

As to Count Three of the Indictment, **Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

     ✓
   Guilty                          Not Guilty

As to Count Four of the Indictment, **Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

_____✓_____    _____
   Guilty            Not Guilty

As to Count Five of the Indictment, **Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

_____✓_____    _____
   Guilty            Not Guilty

As to Count Six of the Indictment, **Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

_____✓_____    _____
   Guilty            Not Guilty

As to Count Seven of the Indictment, **Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

_____✓_____    _____
   Guilty            Not Guilty

As to Count Eight of the Indictment, **Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

_____✓_____    _____
   Guilty            Not Guilty

As to Count Nine of the Indictment, **Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

__✓__  __ __
Guilty      Not Guilty

As to Count Ten of the Indictment, **Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

__✓__  __ __
Guilty      Not Guilty

As to Count Eleven of the Indictment, **Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

__✓__  __ __
Guilty      Not Guilty

As to Count Twelve of the Indictment, **Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

__✓__  __ __
Guilty      Not Guilty

As to Count Thirteen of the Indictment, **Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

__✓__  __ __
Guilty      Not Guilty

As to Count Fourteen of the Indictment, **Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

_____✓_____   _____
Guilty              Not Guilty

As to Count Fifteen of the Indictment, **Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

_____✓_____   _____
Guilty              Not Guilty

As to Count Sixteen of the Indictment, **Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

_____✓_____   _____
Guilty              Not Guilty

As to Count Seventeen of the Indictment, **Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

_____✓_____   _____
Guilty              Not Guilty

As to Count Eighteen of the Indictment, **Conspiracy to Commit Bank Fraud**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

_____✓_____   _____
Guilty              Not Guilty

As to Count Nineteen of the Indictment, **Attempted Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

✓

_____     _____
Guilty                                     Not Guilty

As to Count Twenty of the Indictment, **Attempted Money Laundering**, we, the jury, unanimously find Defendant NNAMDI MGBODILE

✓

_____     _____
Guilty                                     Not Guilty

## SO SAY WE ALL.

Signed and dated at the United States Courthouse, Atlanta, Georgia, this 13 day of May, 2021.

Foreperson's Signature: _[signature]_

Foreperson's Printed Name: Jason Hill