IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL CASE NO. |
| ) | 1:19-cr-439-MLB-JKL |
| NNAMDI MARCELLUS MGBODILE ) | |
| _____) | |

## ORDER

This matter of defendant's counsel comes before the Court upon motion by the defendant. [Doc. 141.]

The motion is hereby GRANTED. The Federal Defender Program, and Attorney Kimberly Sharkey, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

IT IS SO ORDERED this 17th day of May, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE